Office of The Able Acosta
Court of Criminal Appeal Clerk
P.O.Box 12308 Capitol Station
Austin, Texas 78711

84,295-01

RE: Inquiry into Post-conviction Application Article 11.07
Style: Ex Parta Cuellar, Tr. Ct. No. 06-CR-4213 G;
Request to Inform of a unit Transfer.

Dear Clerk of Criminal Appeals,

    I am the applicant for the above styled writ application Proceeding pro se. I Forwarded that I have been transfered to the Polunsky unit on the 15ᵗʰ of December. So for the record it should be noted that the applicant is now at the below address and I would like it if you could Please resond as Properly as possible. Thank You !!!

Jose Cuellar
#1422183
The Applicant
Polunsky unit
3872 Fm 350 south
Livingston, Tx 77351

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 28 2015

Abel Acosta, Clerk